## Notice to District Court of Related Criminal Duty Filing

Number of current Criminal Duty Filing: CR Misc. No. __12-00291 GW__

Title(s) of document(s) making up current criminal duty filing: Ex Parte Application for Order Further Extending For Ninety Days the Deadline for Filing Civil Forfeiture Complaint; Memorandum of Points and Authoritites; Declaration of AUSA Katharine Schonbachler; [Proposed] Order Further Extending For Sixty Days the Deadline for Filing Civil Forfeiture Complaint

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a) ☐ does not relate to any previously filed criminal duty matters;

b) ☑ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

____CR Misc. No. 12-00291; Hon. George H. Wu____

____CR Misc. No. 12-00263; Hon. George H. Wu____

____CR Misc. No. 12-00325; Hon. George H. Wu____

c) ☑ relates to the following indictment(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related pending indictments*):

____12-CR-676; Hon. Otis D. Wright, II____

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above. Explain:

__This matter involves the same facts and investigation as the filing previously assigned to__

__Judge George H. Wu. Assigning this matter to a different judge would require double work__

__and would be a waste of judicial resources.__

Respectfully submitted,

DATED: __May 13, 2015__        /s/ Katharine Schonbachler
                                                    KATHARINE SCHONBACHLER,
                                                    Assistant United States Attorney

**This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.**